IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALELE MIKA,

    Plaintiff,

v.                                                                                                          Civ. No. 20-346 MV/KK

MICHAEL BRISCO,
NEW MEXICO CORRECTIONS DEPARTMENT,
ALISHA TAFOYA LUCERO,
MICHAEL NAPPIER, ERIC CARTER,
ROY CEBALLOS, CLASSIFICATION OFFICER
JOHN OR JANE DOE, AND
INTAKE OFFICER JOHN OR JANE DOE,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court *sua sponte* on review of the docket. A telephonic status conference in the above-referenced case is set for **Wednesday, May 3, 2023, at 2:30 p.m.** before Judge Khalsa. Plaintiff *pro se* and Defendants' counsel are to call Judge Khalsa's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings. Defendants New Mexico Corrections Department and Tafoya Lucero are hereby ORDERED to make the necessary arrangements to enable Plaintiff to participate in the status conference telephonically.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE