IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALELE MIKA,

    Plaintiff,

v.                                                       Civ. No. 20-346 MV/KK

MICHAEL BRISCO,
NEW MEXICO CORRECTIONS DEPARTMENT,
ALISHA TAFOYA LUCERO,
MICHAEL NAPPIER, ERIC CARTER, ROY CEBALLOS,
CLASSIFICATION OFFICER JOHN OR JANE DOE, AND
INTAKE OFFICER JOHN OR JANE DOE,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 73), filed March 29, 2023. In the Proposed Findings and Recommended Disposition, Magistrate Judge Khalsa recommended that the Court deny Plaintiff's "Motion for Summary Judgement for Misrepresentation of Facts by Mariposa Padilla Sivage and Jessica R Martin of Sutin Firm Company." (Doc. 55.)

The parties have filed no objections to the Magistrate Judge's Proposed Findings and Recommended Disposition. Failure to timely object to a magistrate judge's proposed findings and recommended disposition waives appellate review of both factual and legal issues. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 73) are ADOPTED and Plaintiff's motion for summary judgment (Doc. 55) is HEREBY DENIED.

IT IS SO ORDERED.

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE