IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALELE MIKA,

    Plaintiff,

vs.                               No. CIV 20-346 KG/KK

MICHAEL BRISCO,
NEW MEXICO CORRECTIONS DEPARTMENT,
ALISHA TAFOYA LUCERO,
MICHAEL NAPPIER, ERIC CARTER,
RAY CEBALLOS, CLASSIFICATION OFFICER
JOHN OR JANE DOE, AND
INTAKE OFFICER JOHN OR JANE DOE,

    Defendants.

## STIPULATED ORDER ALLOWING LIMITED ENTRY OF APPEARANCE

THIS MATTER having come before the Court on the Unopposed Motion for Order Allowing Limited Entry of Appearance filed by Davis Law New Mexico (Nicholas T. Davis), and the Court having considered the motion and being fully advised in the premises, finds it to be well-taken. Now, therefore:

It is **HEREBY ORDERED** that the Unopposed Motion for Order Allowing Limited Entry of Appearance be, and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Davis Law New Mexico (Nicholas T. Davis) may enter his appearance on behalf of Plaintiff for the sole and limited purpose of assisting Plaintiff in settlement negotiations.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DAVIS LAW NEW MEXICO

By:     /s/ Nicholas T. Davis
        Nicholas T. Davis
        1000 Lomas Blvd. NW
        Albuquerque, NM 87102
        (505) 242-1904
        (505) 242-1864 (fax)
        nick@davislawnm.com

        *Attorney for Plaintiff*

APPROVED BY:

*Approved via telephone by M. Munoz on 8/1/23*
Eugene I. Zamora
Meagan R. Munoz
Ortiz & Zamora, Attorneys at Law, LLC
530 Harkle Rd., Suite B
Santa Fe, NM 87505
(505) 986-2900
geno@ortiz-zamora.com
meagan@ortiz-zamora.com

*Counsel for Defendants*