IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TALELE MIKA,**

    **Plaintiff,**

vs.                                                                                                                                                                                           No. CIV 20-346 KG/KK

**MICHAEL BRISCO,**
**NEW MEXICO CORRECTIONS DEPARTMENT,**
**ALISHA TAFOYA LUCERO,**
**MICHAEL NAPPIER, ERIC CARTER,**
**RAY CEBALLOS, CLASSIFICATION OFFICER**
**JOHN OR JANE DOE, AND**
**INTAKE OFFICER JOHN OR JANE DOE,**

    **Defendants.**

### STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

    Pursuant to Fed.R.Civ.P. 41, Plaintiff Talele Mika, by and through his counsel of record, DAVIS LAW NEW MEXICO (Nicholas T. Davis), and Defendants, by and through their counsel of record, ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC (Eugene I. Zamora and Meagan R. Munoz) hereby give notice that all issues and claims between these parties have been resolved.

    The parties further stipulate to and concur in the final dismissal with prejudice of all of the Plaintiff's claims in this lawsuit, including all claims that were or could have been included therein, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

DAVIS LAW NEW MEXICO

By:    /s/ Nicholas T. Davis
      Nicholas T. Davis
      1000 Lomas Blvd. NW
      Albuquerque, NM 87102
      (505) 242-1904
      (505) 242-1864 (fax)
      nick@davislawnm.com

*Attorney for Plaintiff*

ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC

 *Approved via email on 10/16/23*
Eugene I. Zamora
Meagan R. Munoz
530 Harkle Rd., Suite B
Santa Fe, NM 87505
(505) 986-2900
geno@ortiz-zamora.com
meagan@ortiz-zamora.com

*Counsel for Defendants*

I hereby certify that the foregoing was filed via the CM/ECF on this 18th day of October 2023, and was served via e-mail to all counsel of record.

 */s/ Nicholas T. Davis*
Nicholas T. Davis