IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALELE MIKA,

    Plaintiff,

vs.                                                                                     No. CIV 20-346 KG/KK

MICHAEL BRISCO,
NEW MEXICO CORRECTIONS DEPARTMENT,
ALISHA TAFOYA LUCERO,
MICHAEL NAPPIER, ERIC CARTER,
RAY CEBALLOS, CLASSIFICATION OFFICER
JOHN OR JANE DOE, AND
INTAKE OFFICER JOHN OR JANE DOE,

    Defendants.

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

This matter having come up on the parties' Stipulation of Final Dismissal With Prejudice [Doc. 111], and the Court having considered that all issues and claims between Plaintiff and Defendants have been resolved;

**IT IS HEREBY ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, and all parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

DAVIS LAW NEW MEXICO

By:    */s/ Nicholas T. Davis*
       Nicholas T. Davis
       1000 Lomas Blvd. NW
       Albuquerque, NM 87102
       (505) 242-1904
       (505) 242-1864 (fax)
       nick@davislawnm.com

*Attorney for Plaintiff*

**APPROVED AS TO FORM:**

ORTIZ & ZAMORA, ATTORNEYS AT LAW, LLC

*Approved via email on 10/16/23*
Eugene I. Zamora
Meagan R. Munoz
530 Harkle Rd., Suite B
Santa Fe, NM 87505
(505) 986-2900
geno@ortiz-zamora.com
meagan@ortiz-zamora.com

*Counsel for Defendants*